UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **IDEXX LABORATORIES, INC.** ) | |
| ) | |
| and ) | |
| ) | |
| **IDEXX DISTRIBUTION, INC.,** ) | |
| ) | **Docket No. 2:15-00321-GZS** |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **TRIPLE R VETERINARY, PLLC,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER ON OBJECTIONS TO DEPOSITION DESIGNATIONS

Before the Court is Plaintiffs' Objections to Defendant's Deposition Designations (ECF No. 48). After a full and complete review of the deposition transcripts and objections thereto, it is hereby **ORDERED** as follows:

Based on the information provided to the Court by Defendant in its Witness List (ECF No. 54, PageID # 530), Alexia Pappas is expected to testify at the trial, and Defendant has not indicated that it intends to introduce designated portions of Ms. Pappas' deposition into evidence. Therefore, the Court makes no ruling on Plaintiffs' objection to all designations of the deposition of Ms. Pappas.

The objection to any designated portions of the deposition of Patrick McCarthy that relate to contract negotiations, the meaning of the default clause of the Parent Agreement or the remedies available for breach of the parent Agreement is hereby **DENIED**. The following Objections to Defendant's Designations of the deposition of Patrick McCarthy are hereby **DENIED**: 6:24-8:5,

13:5-13:25, 23:16-25:18, 30:10-30:23, 32:17-33:13, 34:11-35:6, 39:16-40:12, 42:24-43:8, 43:17-44:5, 49:8-49:18, 51:22-52:8, 55:24-56:8, 60:10-61:17, 62:20-63:24, 64:8-65:14, 67:4-67:17, 68:13-69:1, 69:11-70:9, 71:25-72:10, 74.9-75:11, 105:3-106:7.

In addition, the Objection to Defendant's Designation of the deposition of Patrick McCarthy at 61:18-62:12 as an incomplete colloquy is hereby **SUSTAINED** and the Designation extends to 62:16, and the Objection to Defendant's Designation of the deposition of Patrick McCarthy at 94:2-94:18 is **SUSTAINED** and the Designation extends to 95:7.

Also before the Court is Defendant's Motion Objecting to Plaintiffs' Deposition Transcript Designations (ECF No. 49). After a full and complete review of the deposition transcripts and objections thereto, it is hereby **ORDERED** as follows:

The following Objections to Plaintiffs' Designations of the deposition of Jasen Trautwein are hereby **DENIED**:   5:7-5:12**,** 6:8-7:21, 9:4-9:13, 13:18-14:3, 15:14-16:20, 17:4-18:7, 23:7-23:22, 41:7-41:9, 46:21-47:25, 49:16-49:22, 55:13-55:16, 55:17-56:2, 61:8-64:21.  The Objection to Plaintiffs' Designation of the deposition of Jasen Trautwein at 24:25-26:1 is **DENIED WITHOUT PREJUDICE**, as the Court has not been provided with Page 25 of the deposition of Mr. Trautwein.

In addition, the Objection to Plaintiffs' Designation of the deposition of Jasen Trautwein at 35:7-35:19 is hereby **SUSTAINED** and the Designation extends to 36:12, and the Objection to Plaintiffs' Designation of the deposition of Jasen Trautwein at 49:23-50:2 is **SUSTAINED**. The Objection at 27:9-28:1 has been withdrawn, and the Objection at 47:6-47:13 is moot as a duplication.

The following Objections to Plaintiffs' Designations of the deposition of Patrick McCarthy are hereby **DENIED**:  12:13-12:18, 27:20-28:12, 28:14-28:16, 37:23-38:10, 38:19-38:24, 76:25-77:11, 77:14-77:17, 79.1-79:12, 85:7-85:19, 85:20-86:2, 85:24-86:2, 86:5-86.21, 98:21-99:9.

The following Objections to Plaintiffs' Designations of the deposition of Robert Sigman are hereby **DENIED**: 10:17-10:18,  13:8-13:13,  13:14-13:18,  14:7-15:17,  18:4-18:16,  18:17-18:23,  20:5-20:6,  20:18-21:15,  21:16-22:7,  22:8-22:15,  22:16-23:10,  23:11-23:15,  24:4-24:10, 24:11-24:17, 25:1-25:5, 25:6-25.10, 25:11-25:15, 25:16-27:5, 27:6-27:8, 27:19-28:3, 32:6:-33:19, 38:16-39:22, 43:22-45:10, 49:9-50:1, 50:20-51:12, 54:6-54:12, 59:23-60:3, 62:6-62:22, 63:16-63:22, 63:23-65:2.

                                          /s/George Z. Singal_____
                                          United States District Judge

DATED this 5th day of August, 2016.